UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

NICOLE KINSEY,
        Plaintiff,

v.                               NO. 20-CV-00616-PBT

KML LAW GROUP, P.C.,
        Defendant.

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, among the undersigned counsel for Plaintiff and Defendant that Defendant's time to answer, move or otherwise respond to the Complaint is extended to and including April 27, 2020.

**THE MAYS LAW FIRM, P.C.**      **WILENTZ GOLDMAN & SPITZER, P.A.**

/s/ *Sean P. May*                     /s/ *Daniel S. Bernheim*
Sean P. May, Esquire               Daniel S. Bernheim, 3d, Esquire
Warminster Corporate Center      Two Penn Center, Suite 910
65 West Street Road, B102         Philadelphia, PA 19102
Warminster, PA 18974              215-636-4468
215-792-4321                          dbernheim@wilentz.com
sean@maysfirm.com

**APPROVED:**

_____
HON. PETRESE B. TUCKER

#11289491.1(163107.009)